UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

**TRANSMITTAL COVER SHEET FOR RECORD ON APPEAL**

IN RE:

BLACK DIAMOND MINING
COMPANY, LLC, et al.

CASE NOS. 08- 70066,
08-70067, and 08-70069
through 08-70073

DEBTORS

JOINTLY ADMINISTERED

Judge Thomas H. Fulton

------------------------------

Taft A. McKinstry, in her capacity
as the Trustee of the BD Unsecured Creditors Trust
Grahmn N. Morgan, Esq.
Ellen Arvin Kennedy, Esq.
DINSMORE & SHOHL, LLP
250 West Main Street, Suite 1400
Lexington, Kentucky 40507
Telephone: (859) 425-1000

APPELLANT

V.

Alvarez & Marsal North America, LLC
Ira Genser
Larry Tate
Mary Elisabeth Naumann, Esq.
Jay E. Ingle, Esq. Chacey R. Ford, Esq.
JACKSON KELLY PLLC
175 E. Main Street, Ste. 500
P.O. Box 2150
Lexington, Kentucky 40588-2150
Telephone: (859) 255-9500
-and-
John C. Goodchild, III, Esq.
Shevon L. Scarafile, Esq.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5000

APPELLEES