UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:

| | |
|---|---|
| BLACK DIAMOND MINING COMPANY, LLC, *et al.*, | Case Nos. 08-70066, 08-70067 and 08-70069 through 08-70073 |
| Debtors | Jointly Administered |
| | Chapter 11 |

# ORDER

THIS MATTER is before the Court upon the Motion Contesting the A&M Parties' Fifth Fee Statement brought by Taft A. McKinstry, in her capacity as Trustee (the "Trustee") of the BD Unsecrued Creditors Trust (the "Instant Motion") and the Trustee's Objection to the Reasonableness of the A&M Parties' Fees and Expenses (the "Instant Objection"). The Court having on September 4, 2013 (Docket No. 436), entered an Order *sua sponte* in the related Adversary Proceeding No. 11-7010 that appointed an expert witness to examine the attorney fees challenged by the Instant Motion and the Instant Objection (the "*Sua Sponte* Order"), and being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Instant Motion is DENIED and the Instant Objection is OVERRULED without prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that the *Sua Sponte* Order shall be entered and effective in this matter as well as in Adversary Proceeding No. 11-7010.