# U.S. District Court Eastern District of Kentucky

## *Civil Case Assignment*

Case number **7:13-CV-135**

Assigned : Judge Amul R Thapar
Judge Code : 4317

Assigned on 11/21/2013

[ Request New Judge ]