UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| *In re* BLACK DIAMOND MINING COMPANY, LLC, et al. | |
| TAFT A. MCKINSTRY, Trustee, Appellant, v. ALVAREZ & MARSAL NORTH AMERICA, LLC, et al., Appellees. | Civil No. 13-135-ART<br><br>**ORDER** |
| TAFT A. MCKINSTRY, Trustee, Appellant, v. IRA J. GENSER, et al., Appellees. | Civil No. 13-125-ART |

\*\*\* \*\*\* \*\*\* \*\*\*

On December 4, 2013, at 10:30 a.m., the Court held a telephone conference to discuss the appellees' motions to consolidate two appeals and one objection arising from the same bankruptcy court opinion. Ellen A. Kennedy and Grahmn Morgan represented the appellant. Jay E. Ingle and John C. Goodchild, III represented the appellees. Joan Averdick was the court reporter, and Tammy Dallas was the courtroom deputy.

The two appeals, which treat the bankruptcy court's opinion as a final and appealable order, are docketed as Civil No. 13-125-ART and Civil No. 13-135-ART. No docket number was assigned to the appellant's objections to the bankruptcy court's opinion, which treat that opinion as a Report and Recommendation for the Court's review. The parties agreed that the Court should consolidate all three matters into a single proceeding to promote judicial efficiency. The plaintiffs also agreed to consolidate their briefs in the three matters into a single omnibus motion, to which the defendants will file a single response. The parties then requested oral argument and expressed a preference for a hearing in Covington, Kentucky.

Accordingly, and for the reasons stated on the record, it is **ORDERED** that:

(1) The defendants' motions to consolidate the above-captioned cases are **GRANTED**. All further proceedings will take place in the first-filed matter, Civil No. 13-125-ART. The second-filed matter, Civil No. 13-135-ART, may be closed as inactive. Should any party want it reactivated, they may move to do so, and the Court will reactivate it.

(2) The plaintiffs shall **FILE** a consolidated brief by **Friday, December 6, 2013**. The defendants shall **RESPOND** by **Friday, December 20, 2013**. The plaintiffs shall **REPLY** to the defendants' response by **Wednesday, January 15, 2014**.

(3) Oral argument on the plaintiffs' consolidated motion is **SCHEDULED** for **Wednesday, February 12, 2014**, at **10:00 a.m.**, at the United States Courthouse in **Covington, Kentucky**. Should the Court decide to hear oral argument on jurisdictional issues separately from oral argument on the merits

of this matter, the Court will schedule a telephone conference in early February.

This the 4th day of December, 2013.



Signed By:
*Amul R. Thapar* AT
United States District Judge

TIC: 25 min.; Covington.